






TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-99-00475-CR







Brian Patrick Haywood, Appellant



v.



The State of Texas, Appellee






FROM THE DISTRICT COURT OF BELL COUNTY, 27TH JUDICIAL DISTRICT


NO. 46,263, HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING







PER CURIAM

Appellant's motion to dismiss this appeal is granted.  See Tex. R. App. P. 42.2(a). 
The appeal is dismissed.


Before Justices Jones, Kidd and Patterson

Dismissed on Appellant's Motion

Filed:   November 12, 1999

Do Not Publish


